IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LAWRENCE WILLIAMS, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:05-CV-282-Y |
| § | |
| COLE JETER, Warden, § | |
| FMC-Fort Worth, § | |
| Respondent. § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Lawrence Williams under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 18, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 22, 2005.

The Court, after <u>de novo</u> review, concludes that Williams's objections must be overruled, that the motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Respondent Jeter's July 5, 2005, motion to dismiss [docket no. 8] is GRANTED.

Lawrence Williams's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED September 26, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE